

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2022

No. 04-22-00245-CV

Larry **CONN**, Laura Conn, and L-C Concrete, Inc. d/b/a Texas Concrete Construction Company,
Appellants

v.

Paul **BISHOP**, Individually And Derivatively On Behalf Of Medina Valley Materials, LLC,
Medina Valley Holdings, LLC, Medina Valley Land, LLC, Medina Valley Equipment, LLC,
And Medina Valley Concrete Construction, LLC, And Jacob Bishop, Individually And
Derivatively On Behalf Of Medina Valley Materials, LLC, Medina Valley Holdings, LLC,
Medina Valley Land, LLC, and Medina Valley Equipment, LLC,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI02401
Honorable David A. Canales, Judge Presiding

# O R D E R

On July 19, 2022, appellees filed an unopposed motion requesting access to sealed Volume 3 of the Clerk's Record. The motion is GRANTED. The Clerk of this court is instructed to immediately provide a copy of sealed Volume 3 of the Clerk's Record to appellees' attorneys on CD-ROM.

Appellees' brief is due on August 8, 2022. All counsel are reminded of the requirements contained in this court's July 11, 2022 Order regarding the filing of sealed briefs.

_Irene Rios_

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2022.

_Michael A. Cruz_

MICHAEL A. CRUZ, Clerk of Court